```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Humberto E. Angulo-Mero

    v.                                                Case No. 24-cv-002-LM-TSM

FCI Berlin, Warden

<u>ORDER</u>

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha Saint-Marc dated May 15, 2024. Accordingly, this case is dismissed without prejudice for failure to prosecute, and the pending dispositive motion (doc. no. 3), is denied without prejudice as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                          _____
                                                          Landya B. McCafferty
                                                          United States District Judge

Date: July 2, 2024

cc: Humberto E. Angulo-Mero, pro se
    Counsel of Record